```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SAUCON TECHNOLOGIES, INC.     :     CIVIL ACTION
                              :
           v.                 :
                              :
SAIED TADAYON, et al.         :     NO. 10-5112
```

ORDER

AND NOW, this 26th day of August, 2011, upon consideration of the defendants' Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, or Alternatively to Transfer the Case to the United States District Court for the District of Maryland  (Docket No. 2), the plaintiff's opposition, and the defendants' reply, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendants' motion to dismiss for lack of personal jurisdiction is GRANTED.

                                   BY THE COURT:


                                   /s/ Mary A. McLaughlin
                                   MARY A. McLAUGHLIN, J.